[No. 67239-8-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05850-5, Michael Hayden, J., entered June 3, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Schindler and Dwyer, JJ.

[No. 67271-1-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN PARMELEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06776-1, Gregory P. Canova, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 67337-8-I.   Division One.   September 17, 2012.]

JOSE BALAM-CHUC ET AL., *Appellants*, v. GABRIEL BANFI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-11780-6, Laura C. Inveen, J., entered June 20, 2011. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 67506-1-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELLE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00241-8, Laura Gene Middaugh, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Schindler, JJ.